# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 22, 2021

### NO. 03-20-00375-CV

**Appellants, Kevin Green and Amy Edwards, Individually and as Trustees of The Edwards Green Revocable Living Trust // Cross-Appellants, Villas on Town Lake Owners Association, Inc.; Steve Maitlen; Lora Herring; Geraldine White; Gary Johnson; and David Williams**

**v.**

**Appellees, Villas on Town Lake Owners Association, Inc.; Steve Maitlen; Lora Herring; Geraldine White; Gary Johnson; David Williams; and Austin Valuation Consultants, Ltd. // Cross-Appellees, Kevin Green and Amy Edwards, Individually and as Trustees of The Edwards Green Revocable Living Trust**

---

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH MODIFIED AND, AS MODIFIED, AFFIRMED IN PART; DISMISSED IN PART -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on April 27, 2020. We dismiss this cross-appeal for want of jurisdiction. Having otherwise reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the judgment to condition the award of appellate attorney's fees on the appellees/cross-appellants succeeding on appeal. The Court affirms the judgment as modified. Each party shall bear their own costs relating to this appeal, both in this Court and the court below.